# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JESSICA HILL                                                                                          PLAINTIFF

v.                                                  No. 4:17CV00668 JLH

ARKANSAS CHILDREN'S HOSPITAL;
and RACHEL CLINGENPEEL, M.D.,
individually and in her official capacity                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, summary judgment is entered in favor of the defendants on Jessica Hill's claim under 42 U.S.C. § 1983 that the defendants are liable for delayed probable cause hearings. The remaining claims are remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 13th day of July, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE